IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. WILLIAMS,<br>    PLAINTIFF | ) ) ) | |
| v. | ) ) | Case No. 3:16-00236-CRS-DW |
| | ) ) | SENIOR JUDGE: Charles R. Simpson<br>MAGISTRATE JUDGE: David Whalin |
| BAPTIST HEALTHCARE SYSTEM,<br>INC. d/b/a BAPTIST HEALTH<br>LEXINGTON<br>    DEFENDANT | ) ) ) ) ) | *ELECTRONICALLY FILED* |

## PLAINTIFF'S ITEMIZATION OF DAMAGES

Comes the Plaintiff, William Williams, by and through counsel, and in accordance with this Court's Pre-Trial Order (R. 57) hereby provides the following itemization of damages:

| | |
|---|---|
| Pain and Suffering | $1,000,000 |
| Punitive Damages | $2,000,000 |
| **Total** | **$3,000,000** |

Plaintiff specifically reserves the right to supplement his Itemization of Damages should additional damages or damages amounts become apparent through further discovery or at trial.

Respectfully submitted,

/s/ Hans G. Poppe
Hans G. Poppe
Scarlette R. Burton
Kirk A. Laughlin
Kathleen Coffey
**The Poppe Law Firm**
8700 Westport Road, Suite 201

1

>Louisville, Kentucky 40242
>(502) 895-3400
>(502) 895-3420 (fax)
>Hans@PoppeLawFirm.com
>Scarlette@PoppeLawFirm.com
>Kirk@PoppeLawFirm.com
>Kathleen@PoppeLawFirm.com
>*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to:

Clay M. Stevens
Kristen Fowler
Napier Gault Schupbach & Moore, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
P: (502) 855-3805
F: (502) 855-3838
cstevens@napiergaultlaw.com
kfowler@napiergaultlaw.com

>/s/ Hans G. Poppe
>Hans G. Poppe