FILED
JAMES J. VILT, JR. - CLERK
SEP 13 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM H. WILLIAMS,

    Plaintiff,

V.

BAPTIST HEALTHCARE SYSTEM, INC.
d/b/a BAPTIST HEALTH LEXINGTON,

    Defendant.

CIVIL ACTION NO. 3:16-cv-236-CHB

**VERDICT FORM**

\* \* \* \* \* \* \*

**VERDICT FORM A, COUNT I EMTALA**

The Court instructs you as a matter of law that Baptist Healthcare violated EMTALA as agreed by Mr. Williams and Baptist Healthcare.

                                                              #72
                                                FOREPERSON'S JUROR NUMBER

                                                              9/13/22
                                                                    DATE

## VERDICT FORM B, COUNT II MEDICAL NEGLIGENCE

The Court instructs you as a matter of law that Baptist Healthcare violated the standard of care as agreed by Mr. Williams and Baptist Healthcare.

_____#72_____
FOREPRESON'S JUROR NUMBER

_____9/13/22_____
DATE

## VERDICT FORM C, COMPENSATORY DAMAGES

Do you find Mr. Williams has proven his claim for compensatory damages?

Circle Your Answer.

(Yes)    No

We, the Jury, award the following amount of compensatory damages to Mr. Williams:

$ __545,000__

__#72__
FOREPRESON'S JUROR NUMBER

__9/13/22__
DATE

## VERDICT FORM D, PUNITIVE DAMAGES

Do you find Mr. Williams has proven his claim for punitive damages?

    Circle Your Answer.

    (Yes)       No

We, the Jury, award the following amount of punitive damages to Mr. Williams:

$ __1,850,000__



                                           __# 72__
                                  FOREPRESON'S JUROR NUMBER

                                          __9/13/22__
                                                    DATE