UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| WILLIAM H. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAPTIST HEALTHCARE SYSTEM, ) <br> INC., d/b/a Baptist Health Lexington ) <br> ) <br> Defendant. ) | Civil Action No. 3:16-CV-236-CHB <br><br><br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter came before the Court for a jury trial on September 6, 2022, through September 13, 2022, with United States District Judge Claria Horn Boom presiding. Plaintiff William H. Williams was present and represented by Mr. Hans G. Poppe and Mr. Kirk A. Laughlin. Defendant Baptist Healthcare System, Inc. was present and represented by Mr. Clay M. Stevens and Mr. Kevin S. Owens. The Official Court Reporters were Laurie Morgan (INSD) and April Dowell.

The issues having been tried and the jury having rendered its verdict, which is filed of record,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The jury found in favor of William H. Williams and against Baptist Healthcare System, Inc. on the Plaintiff's EMTALA claim and medical negligence claim.

2. The jury awarded compensatory damages in the amount of $545,000.00 and punitive damages in the amount of $1,850,000.00. **JUDGMENT IS HEREBY ENTERED** in favor of William H. Williams and against Baptist Healthcare System, Inc. in the amount of $2,395,000.00.

The jury was dismissed, without objection. There being no just cause for delay, this is a final judgment.

This the 13th day of September, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY