# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. WILLIAMS, | ) | |
|     PLAINTIFF | ) | |
| v. | ) | Case No. 3:16-00236-CRS-DW |
| | ) | |
| | ) | JUDGE:  Claria Horn Boom |
| | ) | MAGISTRATE JUDGE: Regina |
| BAPTIST HEALTHCARE SYSTEM, | ) | Edwards |
| INC. d/b/a BAPTIST HEALTH | ) | |
| LEXINGTON | ) | *ELECTRONICALLY FILED* |
|     DEFENDANT | ) | |

## BILL OF COSTS

Comes the Plaintiff, by and through counsel, and pursuant to 28 U.S.C. § 1920, F.R.C.P. 54(d), and Local Rule 54.3, hereby submits the below Bill of Costs to the Clerk of the Court which are taxable to the judgment obtained by Plaintiff in this action.

| | |
|---|---:|
| Jefferson Circuit Court Filing Fee, 3/31/2016 | $213.00 |
| Jefferson Circuit Court Certified Mail, 3/31/2016 | $8.55 |
| KY State Treasurer OIG Records Request, 4/21/2016 | $11.50 |
| UK Radiology Records, 11/20/2016 | $30.00 |
| Transcript of Deposition of William Williams,11/20/2016 | $429.45 |
| Ashley Blankenship Deposition Fee, 11/28/2016 | $55.00 |
| Jamie Grimes Deposition Fee, 11/28/2016 | $40.00 |
| William Fields Deposition Fee, 11/28/2016 | $40.00 |
| Transcript of Depositions of A. Blankenship, J. Grimes and W. Fields, 12/29/2016 | $971.95 |
| Transcript of Depositions of Nic Newsome, Kay Ross, and Kathy Tussey, 7/6/2017 | $585.75 |
| Transcript of Depositions of A. Williams, S. Gossett, and D. Williams, 7/14/2017 | $585.75 |
| Transcript for Deposition of Susan Mobley, 9/11/2017 | $507.25 |
| Transcript of Deposition of Micki Blankenship, 10/3/2017 | $393.75 |
| Transcript of Deposition of Mike Duffy, 10/23/2017 | $170.95 |
| Transcript of Deposition of Dennis Midkiff, 10/23/17 | $306.00 |
| Transcript of Deposition of Kenneth Marshall, 12/18/2017 | $623.40 |
| Deposition fee for Defense witness Dr. Jeffrey Breall | $2,000.00 |
| Transcript of Deposition of Dr. Elliot Nipomnick, 2/12/2018 | $394.95 |
| Transcript of Deposition of Dr. Paula Hollingsworth, 3/29/2018 | $404.00 |
| Transcript of Deposition of Dr. John Hyde, 4/6/2018 | $1,120.00 |
| Deposition fee for Defense witness Dr. John Hyde, 5/17/18 | $3,325.00 |

| | |
|---|---:|
| Transcript of Depositions of Dr. Eric Ruschman and Dr. Mark Spanier, 11/24/2018 | $605.80 |
| Transcript of Depositions of Kay Ross and Kathy Tussey, 12/19/2018 | $1,040.10 |
| Transcript of Deposition of Dr. David Glaser, 6/20/2019 | $547.45 |
| Transcript of Pretrial Conference, 10/25/21 | $499.55 |
| **TOTAL** | **$14,909.15** |

Respectfully submitted,

/s/ Hans G. Poppe
Hans G. Poppe
Kirk A. Laughlin
**The Poppe Law Firm**
8700 Westport Road, Suite 201
Louisville, Kentucky 40242
(502) 895-3400
(502) 895-3420 (fax)
Hans@PoppeLawFirm.com
Kirk@PoppeLawFirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to:

Clay M. Stevens
Kristen Fowler
Napier Gault Schupbach & Moore, PLC
730 W. Main Street, Suite 400
Louisville, KY 40202
P: (502) 855-3805
F: (502) 855-3838
cstevens@napiergaultlaw.com
kfowler@napiergaultlaw.com

/s/ Hans G. Poppe
Hans G. Poppe