UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM H. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:16-CV-236-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| BAPTIST HEALTHCARE SYSTEM, INC., | ) ) | **ORDER RELEASING SUPERSEDEAS BOND** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff William H. Williams and Baptist Healthcare System, Inc's Agreed Order Releasing the Supersedeas Bond. [R. 319]. Defendant, as principal, and Arch Insurance Company, as surety, posted Supersedeas Bond No. SU1187896 in this case as security for the judgment on appeal. [R. 295]. However, the parties have since settled this matter, the settlement amount has been received by Plaintiff, and the appeal has been dismissed by the United States Court of Appeals for the Sixth Circuit. [R. 318].

**IT IS THEREFORE ORDERED** that that Supersedeas Bond No. SU1187896 [R. 295] is hereby fully and unconditionally **RELEASED**. The Clerk of the Court is directed to return the original bond to counsel for the Defendant/Appellant**.**

This the 16th day of November 2023.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of Record